**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date September 26, 2025

Case # 3:25-mj-00915-SDV                Dft #_____

Honorable Judge S. Dave Vatti

**UNITED STATES OF AMERICA**

Deputy Clerk Abby Bociek

Vs.

AUSA Kenneth Gresham

Ryan Jaselskis

Counsel for Defendant Michael Petrik

☐ Retained    ☐ CJA    ■FPD

Start Time 1:22    End Time 1:48

USPO Kaitlin Wentz

Recess (if more than ½ hr) _____ to _____

Reporter/ECRO/FTR Courtsmart

Interpreter_____ Language _____

Total Time _____hours 26 _____minutes

Hearing held ■in person ☐ by video ☐by telephone

## HEARING AND TIME

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ■ Detention ____ | ☐ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐Self surrender  Date_____
☐Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

## FILED IN COURT

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

## PLEA

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____

Plea agreement letter ☐ filed ☐ under seal ☐ to be filed

☐  Petition to enter guilty plea filed

## SENTENCING

☐Sentencing set for _____ at _____
☐Probation 246B Order for PSI & Report filed
☐Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

**ORDERS**

■ Waiver of Rule 5 hearing filed

☐ Defendant motions due_____, Govt. responses due _____

☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed

☐ Hearing on pending motions scheduled for _____ at _____

☐ Jury Selection set for _____ at_____ before Judge_____

☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement _____ hearing set for _____ ; continued until_____

**DETENTION**

☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement

☐ Order of detention filed

■ Bond set at $ _100000_ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☐Personal recognizance

☐ Bond ☐revoked ☐reinstated ☐continued ☐modified

☐ No bond set at this time

☐ Order of temporary detention pending hearing filed

☐ Defendant detained

☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**

☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.

☐ Defendant must reside at _____.

☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion

☐ Defendant must surrender passport to the USPO ☐ must not apply for passport

☐ Defendant must refrain from possessing firearms or dangerous weapons

☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug

☐ Defendant must maintain employment or actively seek employment

■ As set forth in the Order Setting Conditions of Release

☐ Other _____

_____

**MOTIONS**

☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for _____filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**

_____

_____

_____

_____

Rev. 9/5/24